# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 1507 Disciplinary Docket No. 3
:
           Petitioner : 104 DB 2009
:
       v. : Attorney Registration No. 57360
:
ROBERT TOLAND, II, : (Chester County)
:
          Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2014, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated September 3, 2014, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

    ORDERED that Robert Toland, II, is suspended on consent from the Bar of this Commonwealth for a period of three years retroactive to November 30, 2007, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.